```
                UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS
```

```
UNITED STATES OF AMERICA    )
                            )
              v.            )   C.A. NO. 12-CR-30034-MAP
                            )
MARIA JUSINO and            )
RAFAEL BELEN, Defendants    )
```

           MEMORANDUM AND ORDER REGARDING
              REPORT AND RECOMMENDATIONS
              CONCERNING PLEAS OF GUILTY
                   (Dkt. Nos. 16 & 17)

                   September 21, 2012

PONSOR, U.S.D.J.

On August 24, 2012, Magistrate Judge Kenneth P. Neiman issued two Report and Recommendations regarding Defendants Jusino and Belen, recommending that the pleas of guilty of these two Defendants be accepted and that Defendants be adjudged guilty and sentenced accordingly.

The pleas were offered pursuant to Fed. R. Crim. P. 11 and Rule 5 of the Rules for United States Magistrates for the District of Massachusetts.  Judge Neiman cautioned and examined Defendants under oath as required by Rule 11, determined that the guilty pleas were knowledgeable and voluntary, and that the offences charged were supported by independent facts establishing the essential elements of the offences.  Defendants were admonished in writing that Judge Neiman's recommendations that the pleas of guilty be accepted were subject to objection filed within fourteen

days.  Neither Defendant Jusino nor Defendant Belen filed any objection.

Based on the foregoing, Judge Neiman's Report and Recommendations (Dkt. Nos. 16 & 17) are hereby ADOPTED. Defendants are hereby adjudged guilty.  The clerk will proceed to set a date for sentencing.

It is So Ordered.

                                       <u>/s/ Michael A. Ponsor</u>
                                       MICHAEL A. PONSOR
                                       U. S. District Judge